980 F.2d 332w
 24 Fed.R.Serv.3d 776
 Sherry LACKEY, William Daughtry, Jr., and the Estate of
William Daughtry, Sr., By and Through the
Administrator Thomas Henderson,
Plaintiffs-Appellants,
v.
ATLANTIC RICHFIELD COMPANY, Arco Oil & Gas Corporation,
Atlantic Richfield Indonesia, Incorporated
McDermott, Incorporated and P.T. Lekom
Maras, Defendants-Appellees.
 Nos. 92-2219, 92-2511.
 United States Court of Appeals,
Fifth Circuit.
 Jan. 4, 1993.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 983 F.2d 620.